# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1667

_____

Tony Anthony Day

*Plaintiff - Appellant*

v.

Minnehaha County; Minnehaha County Jail; Correct Care Solutions

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: January 26, 2016
Filed: January 29, 2016
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Tony Day appeals after the District Court[1] granted the defendants' motions for judgment on the pleadings in Day's 42 U.S.C. § 1983 action related to medical care

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

he received at a county jail. After de novo review, we conclude that the motions were properly granted. See Greenman v. Jessen, 787 F.3d 882, 887 (8th Cir. 2015) (standard of review); see also Bd. of the Cty. Comm'rs v. Brown, 520 U.S. 397, 403–04 (1997) (discussing municipal liability under § 1983); Owens v. Scott Cty. Jail, 328 F.3d 1026, 1027 (8th Cir. 2003) (per curiam) (noting that "county jails are not legal entities amenable to suit"); Smith v. Insley's Inc., 499 F.3d 875, 880 (8th Cir. 2007) (discussing liability of corporations under § 1983). We affirm the judgment.

_____